# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., | Case No. 15-10047 (KG) |
| Alleged Debtor. | |
| THE AD HOC COMMITTEE OF FIRST LIEN BANK LENDERS, | |
| Plaintiff, | Adv. Proc. No. 15-50090 (KG) |
| v. | |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC. and CAESARS ENTERTAINMENT CORPORATION, | **Re: Docket Nos. 2 and 3** |
| Defendants. | |

## DECLARATION OF KENNETH PASQUALE
## IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING
## ORDER AND PRELIMINARY INJUNCTION

I, KENNETH PASQUALE, declare under penalty of perjury that the following is true to the best of my knowledge, information and belief.

1. I am a member of Stroock & Stroock & Lavan LLP, counsel for the Ad Hoc Committee of First Lien Bank Lenders (the "Ad Hoc Committee"), Plaintiff in the above-captioned adversary proceeding. I submit this Declaration in support of the Ad Hoc Committee's motion, pursuant to Rule 7065 of the Federal Rules of Bankruptcy Procedure and section 105(a) of chapter 11 of title 11 of the United States Code, for a temporary restraining order and an preliminary injunction preventing Caesars

Entertainment Operating Company, Inc. ("CEOC" or the "Debtor") and its non-Debtor parent, Caesars Entertainment Company ("CEC" and, with CEOC, "Defendants"), from taking any actions with respect to their post-petition solicitation of votes in favor of a yet-unfiled plan of reorganization for the Debtor.

2. Annexed hereto as Exhibit A are true copies of the Form 8-K filings with the Securities Exchange Commission (the "SEC") filed by Defendants on January 12, 2015, and related press releases by which Defendants announced that they were seeking consents from lenders under, and holders of loans issued pursuant to, CEOC's Third Amended and Restated Credit Agreement, dated as of July 25, 2014 (as the same may be further amended, restated or supplemented from time to time, the "Credit Agreement") to sign a Restructuring Support and Forbearance Agreement (the "RSA"). A copy of the RSA is included as an exhibit to these Form 8-K filings.

3. Annexed hereto as Exhibit B is a true copy of a memorandum that, upon information and belief, was posted to the "Intralinks" website on January 12, 2015, by the administrative agent under the Credit Agreement at the request of the Debtor, together with the following documents which were posted in connection with the January 12, 2015 memorandum: (i) a Restructuring Consent Term Sheet, (ii) a Restructuring Support and Forbearance Agreement, (iii) a Summary Term Sheet for Proposed Restructuring, (iv) a signature page to the Restructuring Agreement and (v) a $150 million Convertible Senior Notes—Summary of Principal Terms, including an election form ((i) through (v) collectively, the "Intralinks Documents").

4. Annexed hereto as Exhibit C are true copies of Forms 8-K filed by Defendants with the SEC on January 15, 2015.

5. Annexed hereto as Exhibit D is a true copy of a memorandum that, upon information and belief, was posted to the "Intralinks" website on January 15, 2015, by the administrative agent under the Credit Agreement at the request of the Debtor.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of January, 2015
at New York, New York.

                                             /s/ *Kenneth Pasquale*
                                             KENNETH PASQUALE