# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., | Case No. 15-10047 (KG) |
| Alleged Debtor. |  |
| THE AD HOC COMMITTEE OF FIRST LIEN BANK LENDERS, |  |
| Plaintiff, |  |
| v. | Adv. Proc. No. 15-50090 (KG) |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC. and CAESARS ENTERTAINMENT CORPORATION, | **Re: Docket No. 6** |
| Defendants. |  |

## DECLARATION OF JEFFREY D. SAFERSTEIN IN SUPPORT OF THE RESPONSE OF CAESARS ENTERTAINMENT CORPORATION TO MOTION OF THE AD HOC COMMITTEE OF FIRST LIEN BANK FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

JEFFREY D. SAFERSTEIN declares as follows:

1. I am a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York, attorneys for Defendant Caesars Entertainment Corporation ("CEC") in the above-captioned actions.

2. I respectfully submit this declaration to transmit to the Court copies of the following documents referenced in CEC's Response to the Motion of the Ad Hoc Committee of First Lien Bank Lenders for a Temporary Restraining Order and Preliminary Injunction:

1

    a. Annexed hereto as Exhibit A is a true and correct copy of the Verified Statement of the Ad Hoc Committee of First Lien Bank Lenders Pursuant to Bankruptcy Rule 2019 in *In re Caesars Entertainment Operating Company Inc.* Bankr., No. 15-10047-KG ( D. Del. Jan. 23, 2015) (Docket No. 186);

    b. Annexed hereto as Exhibit B is a true and correct copy of a United States Securities and Exchange Commission ("<u>SEC</u>") Form 8-K that CEC filed with the SEC on October 15, 2013.

    c. Annexed hereto as Exhibit C is a true and correct copy of a SEC Form 8-K that CEC filed with the SEC on October 23, 2013.

    d. Annexed hereto as Exhibit D is a true and correct copy of a SEC Form 8-K that CEC filed with the SEC on March 3, 2014.

    e. Annexed hereto as Exhibit E is a true and correct copy of a SEC Form 8-K that CEC filed with the SEC on May 6, 2014.

    f. Annexed hereto as Exhibit F is a true and correct copy of a SEC Form 8-K that CEC filed with the SEC on October 17, 2014.

    g. Annexed hereto as Exhibit G is a true and correct copy of a SEC Form 8-K that CEC filed with the SEC on September 12, 2014.

    h. Annexed hereto as Exhibit H is a true and correct copy of a SEC Form 8-K/A and the annexed "Restructuring Support and Forbearance Agreement, dated as of December 19, 2014" that CEC filed with the SEC on December 22, 2014.

    i. Annexed hereto as Exhibit I is a true and correct copy of a SEC Form 8-K that CEC filed with the SEC on December 12, 2014.

j. Annexed hereto as Exhibit J is a true and correct copy of a SEC Form 8-K and the annexed "Restructuring Support and Forbearance Agreement dated as of January 12, 2015" that CEC filed with the SEC on January 12, 2015.

k. Annexed hereto as Exhibit K is a true and correct copy of a SEC Form 8-K that CEC filed with the SEC on January 15, 2015.

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 25, 2015.

/s/ Jeffrey D. Saferstein
Jeffrey D. Saferstein